1

2

3                       IN THE UNITED STATES DISTRICT COURT

4                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6      STEVEN D. BELL,                        )
                                              )
7                 Petitioner,                 )        No. C 06-6011 TEH (PR)
                                              )
8           vs.                               )        ORDER OF TRANSFER
                                              )
9      K. MENDOZA-POWERS, Warden,             )
                                              )
10                Respondent.                 )
                                              )

11

12         Petitioner seeks federal habeas review of the decision by the Board of Prison

13   Terms to deny him parole.  Petitioner has paid the filing fee.  Avenal State Prison is

14   located within Fresno County, which lies in the Eastern District of California.  See id. §

15   84(b).

16         Venue is proper in a habeas action in either the district of conviction or the

17   district of confinement, id. § 2241(d).  However, the district of confinement is the

18   preferable forum to review the execution of a sentence, including parole.  See Habeas

19   L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989); cf. Laue v.

20   Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968) (district of conviction preferable forum

21   to review conviction). Because the County of Fresno lies in the Eastern District of

22   California, the Court orders that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule

23   2254-3(b), and in the interest of justice, this petition be transferred to the United States

24   District Court for the Eastern District of California.  As such, the Clerk shall transfer

25   this matter forthwith.

26         SO ORDERED.

27         DATED:   10/16/06        _____
                                    THELTON E. HENDERSON
28                                  United States District Judge